■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANFY OZORIO, Appellant. [29 NYS3d 190]—Appeal by the defendant from a sentence of the Supreme Court, Kings County (DiMango, J.), imposed October 19, 2012, as amended November 15, 2012, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence, as amended, is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257 [2011]; *People v Brown*, 122 AD3d 133 [2014]) and, thus, does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Chambers, Austin, Roman and Duffy, JJ., concur.